# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

2012 ... 23

### RE: ISMAEL ALEJANDRO PADILLA

### CASE NO.: To be assigned

*2:12CR309*

## SUPERVISION REPORT
## REQUESTING ACCEPTANCE OF JURISDICTION

### August 22, 2012

TO:    THE HONORABLE UNITED STATES DISTRICT JUDGE:

On October 12, 2010, Mr. Ismael Alejandro Padilla appeared before the Honorable David O. Carter, United States District Judge for the Central District of California, after he pleaded guilty to Racketeer Influenced and Corrupt Organizations Conspiracy. On April 26, 2012, Mr. Padilla commenced his term of supervised release in the District of Nevada.

Mr. Padilla reports that he has no intentions on returning to the Central District of California. In order to address any potential issues that require the Court's attention, it is respectfully requested that jurisdiction of this case be transferred from the Central District of California. We have attached the appropriate Probation Form 22/Transfer of Jurisdiction for your Honor's signature. On August 9, 2012, the Honorable David O. Carter, Central District of California, signed the Probation Form 22 initiating the transfer of jurisdiction for Mr. Padilla's case.

If Your Honor has any questions or comments, the undersigned will be available at the Court's convenience.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer

APPROVED: _____
ROBERT G. AQUINO, Supervising
United States Probation Officer



| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 8:08CR01201-DOC |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:12-cr-00309-GMN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ismael Padilla | CD/CA | Southern |
| | NAME OF SENTENCING JUDGE | |
| | Carter | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

**OFFENSE**

18:1962: Racketeer Influenced and Corrupt Organizations Conspiracy

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____NEVADA_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____August 9, 2012_____                  _____[signature]_____
             Date                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/16/2015                        _____[signature]_____
Date Signed                       Gloria M. Navarro, Chief Judge
                                  United States District Judge
08/24/2012
Effective Date--**NUNC PRO TUNC**